NAZGOLE HASHEMI (SBN 291711)
nhashemi@legalaxxis.com
TANNAZ HASHEMI (SBN 296640)
thashemi@legalaxxis.com
LegalAxxis, Inc.
1999 Avenue of the Stars, Suite 1100
Century City, CA 90067
Telephone: (424) 249-3685
Facsimile: (424) 208-0622
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSH CAFÉ INC., *a California corporation and doing business as* POSH CAFÉ,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, *a Pennsylvania corporation*, and DOES 1-20,<br><br>Defendants. | Case No. 2:20-cv-08037-FMO-PVC<br>*[Assigned to Hon. Fernando M. Olguin, Dept: 6D]*<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF**<br><br>DATE: OCTOBER 8, 2020<br>TIME: 10:00 AM<br>PLACE: 6D |

Plaintiff POSH CAFÉ INC., a California corporation doing business as POSH CAFÉ, hereby objects to Defendant's request for judicial notice of court records and transcripts from other proceedings to the extent the request includes Defendant's opinion of how such documents should be interpreted.

The court may not "take judicial notice of one party's opinion of how a matter of public record should be interpreted." *United States v. So. California Edison Co.*, 300 F.Supp.2d 964, 974 (E.D. Cal. 2004). In addition, on a motion to dismiss for failure to state a claim, when a district court takes judicial notice of another court's opinion or

1 records, it may do so not for the truth of the facts recited therein, but for the existence of
2 the opinion or record itself, which is not subject to reasonable dispute over its authenticity.
3 *Five Points Hotel Partnership v. Pinsonneault*, 835 F.Supp.2d 753, 757 (D. Ariz. 2011).
4 The court can take judicial notice of the fact that orders were issued by other courts, but
5 not the contents contained therein. *Lundstrom v. Young*, 419 F.Supp.3d 1241, 1252 (S.D.
6 Cal. 2019).

7     Here, Plaintiff objects to Defendant's request for judicial notice in support of its
8 Reply Brief to the extent it includes Defendant's opinion of how the court records should
9 be interpreted. While Plaintiff does not dispute the existence of these documents
10 themselves, Plaintiff does object to any interpretation of them by Defendant. In addition,
11 the court orders submitted by Defendant are persuasive authority and not by any means
12 binding on this Court, so Plaintiff further objects to the extent Defendant relies on them in
13 support of the Motion to Dismiss.

14 DATED: September 28, 2020                                       **LEGALAXXIS, INC**.

                                                                  /s/ Nazgole Hashemi

                                                                   Nazgole Hashemi
                                                                   Tannaz Hashemi
                                                                   Attorneys for Plaintiff