JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSH CAFE, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>   Defendant. | Case No. CV 20-8037 FMO (PVCx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge